United States District Court
Southern District of Texas
**ENTERED**
July 30, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-17-682 |
| | § § § | |
| ELIER PIEDRA | § | |

**ORDER**

The United States of America filed a motion for continuance of the sentencing hearing, (Docket Entry No. 32). The defendant is unopposed. The motion for continuance is GRANTED. The sentencing hearing is reset to **September 19, 2019, at 2:00 p.m.** Objections to the presentence report are due by August 30, 2019.

SIGNED on July 30, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge